```
1   OTTO O. LEE, SBN 173987
    olee@iplg.com
2   JOHN V. MEJIA, SBN 167806
    jmejia@iplg.com
3   MARGAUX A. AVIGUETERO, SBN 244767
    maviguetero@iplg.com
4   INTELLECTUAL PROPERTY LAW GROUP LLP
    12 South First Street, Twelfth Floor
5   San Jose, California 95113
    Telephone: (408) 286-8933
6   Facsimile: (408) 286-8932

7   Attorneys for Plaintiff
    JOHN HANNA
8
```

**E-FILING**

Filed MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HANNA, an individual,

  Plaintiff,

  v.

FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a.COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,

  Defendants.

Case No.: **C08 02476**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 14, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP


By: _____
Otto O. Lee
John V. Mejia
Margaux A. Aviguetero
Intellectual Property Law Group LLP
12 S. First St., 12th Floor
San Jose, California 95113

- 1 -

Certification of Interested Entities or Persons

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (408) 286-8933
Fax: (408) 286-8932
olee@iplg.com
jmejia@iplg.com
maviguetero@iplg.com

Attorneys for Plaintiff
John Hanna

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

- 2 -

**Certification of Interested Entities or Persons**