OTTO O. LEE, SBN 173987
olee@iplg.com
JOHN V. MEJIA, SBN 167806
jmejia@iplg.com
MARGAUX A. AVIGUETERO, SBN 244767
maviguetero@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
JOHN HANNA

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a.COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,<br><br>Defendants. | Case No.: 03:08-cv-02476-MEJ<br><br>**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANTS FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a.COIL N' WRAP, KEN WILTON, and JUDY WILTON** |

//
//
//
//
//
//
//
//
//

Certificate of Service of Summons, Complaint, and Related Documents on Defendants Financial Analysts Consultants, Inc. d/b/a Coil n' Wrap, Ken Wilton, and Judy Wilton
Case No. 03:08-cv-02476-MEJ

OMNI DIVERSIFIED SERVICES
5126 West Olive Ave. #205
Glendale, Arizona 85302
(623) 695-9860              08218

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HANNA an individual,   )
                            )   CASE NO: C 08 02476
         Plaintiff,         )
                            )
  v.                        )   CERTIFICATE OF SERVICE
                            )
FINANCIAL ANALYSTS          )
CONSULTANTS, INC. et al,    )
                            )
         Defendants.        )
_____)

(1) My name is Kenneth W. Davis, I am a private process server registered with the clerk of the **Maricopa County Arizona** Superior Court. My **registration number is 5958**. At the time of service I was at least 21 years of age and not a party to this action.

(2) Person to serve: **Financial Analysts Consultants, Inc. dba Coil n' Wrap; Ken Wilton; and Judy Wilton**

(3) Documents to serve: **Summons; Civil Cover Sheet; Complaint; Certification of Interested Entities or Parties; Order Setting Initial Case Management Conference and ADR Deadlines; and NDCA Welcome Packet.**

(4) On the 20th day of May 2008 at 12:20 p.m. I perfected personal service of a copy of each of the above listed documents at 24060B N. 195th Avenue in Surprise, Arizona 85387 by delivering one set in hand to **Ken Wilton** as an individual; one set in hand to **Ken Wilton** as President/CEO of Financial Analysts Consultants, Inc. dba Coil n' Wrap; and one set in hand to **Judy Wilton** as an individual.

I, **Kenneth W. Davis**, certify under penalty of perjury that the foregoing is true. Executed this 20th day of May 2008 in Glendale, Maricopa County, Arizona.

_Kenneth W. Davis, ACPS_          #5958

Process Service Fees:

$56.00, including mileage.

## PROOF OF SERVICE

I am a resident of the United States, employed in the county of Santa Clara. I am over the age of eighteen (18) and not a party to the within action. My business address is: 12 S. First St., 12th Floor, San Jose, California 95113.

On May 21, 2008, I served the foregoing documents described as:

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANTS FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a.COIL N' WRAP, KEN WILTON, and JUDY WILTON**

on the Defendants in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Ken Wilton, President/CEO<br>Coil n' Wrap<br>24060B N. 195th Ave.<br>Surprise, AZ 85387 | Ken Wilton<br>c/o Coil n' Wrap<br>24060B N. 195th Ave.<br>Surprise, AZ 85387 |
|---|---|
| Judy Wilton<br>c/o Coil n' Wrap<br>24060B N. 195th Ave.<br>Surprise, AZ 85387 | |

☒ **BY MAIL IN THE ORDINARY COURSE OF BUSINESS**: I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date the above-referenced correspondence was placed for deposit at 12 S. First St., 12th Floor, San Jose, California 95113, and placed for collection and mailing following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY/FEDERAL EXPRESS**: I deposited such envelope in the express service mailbox at San Jose, California, with delivery fees provided for.

☐ **BY FACSIMILE TRANSMISSION**: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for the party above and obtained confirmation of complete transmittal thereof.

☐ **BY PERSONAL SERVICE**: I caused the aforementioned documents to be delivered, by hand, to the office of the addressee above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: May 21, 2008

By: _/s/ Margaux A. Aviguetero_
Margaux A. Aviguetero

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

Certificate of Service of Summons, Complaint, and Related Documents on Defendants Financial Analysts Consultants, Inc. d/b/a Coil n' Wrap, Ken Wilton, and Judy Wilton
Case No. 03:08-cv-02476-MEJ