John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC.,
dba COIL N' WRAP; KEN WILTON, and JUDY
WILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,<br><br>Defendants. | CASE NO. C08 02476 MEJ<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, Plaintiff JOHN HANNA, an individual (hereinafter "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual (hereinafter collectively "Defendants"), by and

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.1
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT                C08 02476 MEJ

1  through the undersigned counsel, do stipulate and agree to extend the deadline within which
2  Defendants may answer or otherwise respond to Plaintiff's complaint in this action up to and
3  through June 26, 2008.
4      IT IS SO STIPULATED
5
6  Dated: May 29, 2008                INTELLECTUAL PROPERTY LAW GROUP LLP
7
8                                      By: /s/ Margaux A. Aviguetero
9                                      Margaux A. Aviguetero
                                        Attorneys for Plaintiff
10                                      JOHN HANNA, an individual
11
12 Dated: May ____, 2008               HOPKINS & CARLEY
                                        A Law Corporation
13
14                                      By: _____
                                        John V. Picone III
15                                      Attorneys for Defendants
                                        FINANCIAL ANALYSTS
16                                      CONSULTANTS, INC., dba COIL N'
                                        WRAP; KEN WILTON, an individual; and
17                                      JUDY WILTON, an individual
18
19
20
21
22
23
24
25
26
27
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.1
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT
- 2 -
C08 02476

1  through the undersigned counsel, do stipulate and agree to extend the deadline within which
2  Defendants may answer or otherwise respond to Plaintiff's complaint in this action up to and
3  through June 26, 2008.
4       IT IS SO STIPULATED

6  Dated: May ____, 2008                    INTELLECTUAL PROPERTY LAW GROUP LLP

9                                           By:_____
                                               Margaux A. Aviguetero
                                               Attorneys for Plaintiff
10                                             JOHN HANNA, an individual

12 Dated: May ____, 2008                    HOPKINS & CARLEY
                                            A Law Corporation

14                                          By:_____/ s /_____
                                               John V. Picone III
15                                             Attorneys for Defendants
                                               FINANCIAL ANALYSTS
16                                             CONSULTANTS, INC., dba COIL N'
                                               WRAP; KEN WILTON, an individual; and
17                                             JUDY WILTON, an individual

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.1                                - 2 -
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT          C08 02476 MEJ