John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC.,
dba COIL N' WRAP; KEN WILTON, and JUDY
WILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,<br><br>Defendants. | CASE NO.  C08 02476 MEJ<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, Plaintiff JOHN HANNA, an individual (hereinafter "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual (hereinafter collectively "Defendants"), by and

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.2
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT

C08 02476 MEJ

through the undersigned counsel, do stipulate and agree to extend the deadline within which Defendants may answer or otherwise respond to Plaintiff's complaint in this action up to and through July 31, 2008.

IT IS SO STIPULATED

Dated: July 18, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: *(signature)*
Margaux A. Avigüetero
Attorneys for Plaintiff
JOHN HANNA, an individual

Dated: July ___, 2008

HOPKINS & CARLEY
A Law Corporation

By: ____/ s /____
John V. Picone III
Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP; KEN WILTON, an individual; and JUDY WILTON, an individual

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.2
- 2 -
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT
C08 02476 MEJ