| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Jennifer S. Coleman, Bar No. 213210 |
|   | jcoleman@hopkinscarley.com |
| 3 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 4 | The Letitia Building |
|   | 70 South First Street |
| 5 | San Jose, CA  95113-2406 |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC.,
dba COIL N' WRAP; KEN WILTON, and JUDY WILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual, | CASE NO.  C08 02476 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, Plaintiff JOHN HANNA, an individual (hereinafter "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual (hereinafter collectively "Defendants"), by and

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.3
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT                                    C08 02476 MEJ

1  through the undersigned counsel, do stipulate and agree to extend the deadline within which

2  Defendants may answer or otherwise respond to Plaintiff's complaint in this action up to and

3  through August 13, 2008.

4      IT IS SO STIPULATED

6  Dated: July __28__, 2008      INTELLECTUAL PROPERTY LAW GROUP LLP

9  By: _____/ s /_____
    Margaux A. Aviguetero
    Attorneys for Plaintiff
    JOHN HANNA, an individual

12  Dated: July __24__, 2008      HOPKINS & CARLEY
    A Law Corporation

14  By: _____/ s /_____
    John V. Picone III
    Attorneys for Defendants
    FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP; KEN WILTON, an individual; and JUDY WILTON, an individual

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\588344.3      - 2 -
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT      C08 02476 MEJ