1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
8  Facsimile:     (408) 998-4790

9  Attorneys for Defendants
   FINANCIAL ANALYSTS CONSULTANTS, INC.,
10 dba COIL N' WRAP; KEN WILTON, an individual;
   and JUDY WILTON, an individual

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 JOHN HANNA, an individual,          CASE NO.  C08 02476

16              Plaintiff,             **STIPULATION AND ORDER TO EXTEND
                                       INITIAL CASE MANAGEMENT
17       v.                            CONFERENCE AND ADR DEADLINES**

18 FINANCIAL ANALYSTS
   CONSULTANTS, INC., d/b/a COIL N'
19 WRAP, an Arizona corporation, KEN
   WILTON, an individual, and JUDY
20 WILTON, an individual,

21              Defendants.

22

23       Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil

24 Local Rules 6-1(a), 7-11 and 16-2(e), Plaintiff JOHN HANNA, an individual (hereinafter

25 "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N'

26 WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an

27 individual (hereinafter collectively "Defendants"), by and through their respective counsel,

28 hereby stipulate and agree to continue the Initial Case Management Conference and ADR

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\598247.1

1   Deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR

2   Deadlines dated May 14, 2008, by thirty days.

3        IT IS SO STIPULATED.

4   Dated: August 12, 2008                    HOPKINS & CARLEY
                                              A Law Corporation
5

6

7                                             By: _____/ s /_____
                                                  John V. Picone III
8                                                 Attorneys for Defendants
                                                  FINANCIAL ANALYSTS
9                                                 CONSULTANTS, INC., dba COIL N'
                                                  WRAP; KEN WILTON, an individual; and
10                                                JUDY WILTON, an individual

11  Dated: August 12, 2008                    INTELLECTUAL PROPERTY LAW GROUP
                                              LLP
12

13                                            By: _____/ s /_____
                                                  Margaux A. Aviguetero
14                                                Attorneys for Plaintiff
                                                  JOHN HANNA, an individual
15

16

17                              **ORDER**

18        IT IS HEREBY ORDERED that Plaintiff John Hanna's and Defendants Financial

19  Analysts Consultants, Inc. dba Coil n' Wrap's, Ken Wilton's, and Judy Wilton's Stipulation to

20  Extend Case Management Conference and ADR Deadlines is GRANTED.

21        IT IS HEREBY ORDERED that the Initial Case Management Conference, presently

22  scheduled for August 21, 2008 at 10:00 a.m. is hereby continued to _____.

23

24  Dated: August _____, 2008              _____

25                                          U.S. DISTRICT COURT JUDGE

26

27

28