John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC.,
dba COIL N' WRAP; KEN WILTON, an individual;
and JUDY WILTON, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANNA, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>FINANCIAL ANALYSTS CONSULTANTS, INC., d/b/a COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual,<br><br>           Defendants. | CASE NO.  C08 02476<br><br>**STIPULATION AND ORDER TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

   Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil Local Rules 6-1(a), 7-11 and 16-2(e), Plaintiff JOHN HANNA, an individual (hereinafter "Plaintiff") and Defendants FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP, an Arizona corporation, KEN WILTON, an individual, and JUDY WILTON, an individual (hereinafter collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree to continue the Initial Case Management Conference and ADR

Deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated May 14, 2008, by thirty days.

IT IS SO STIPULATED.

Dated: August 12, 2008

HOPKINS & CARLEY
A Law Corporation

By: _____/ s /_____
John V. Picone III
Attorneys for Defendants
FINANCIAL ANALYSTS CONSULTANTS, INC., dba COIL N' WRAP; KEN WILTON, an individual; and JUDY WILTON, an individual

Dated: August 12, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: _____/ s /_____
Margaux A. Aviguetero
Attorneys for Plaintiff
JOHN HANNA, an individual

## ORDER

IT IS HEREBY ORDERED that Plaintiff John Hanna's and Defendants Financial Analysts Consultants, Inc. dba Coil n' Wrap's, Ken Wilton's, and Judy Wilton's Stipulation to Extend Case Management Conference and ADR Deadlines is GRANTED.

IT IS HEREBY ORDERED that the Initial Case Management Conference, presently scheduled for August 21, 2008 at 10:00 a.m. is hereby continued to October 2, 2008.

Dated: August 13, 2008

_____
U.S. DISTRICT COURT JUDGE